**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose ZAVALA, Defendant–Appellant**

**No. 13–51200
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/23/2016

Joseph H. Gay, Jr., Mara Asya Blatt, Esq., Assistant U.S. Attorneys, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Gregory Don Sherwood, Esq., Law Office of Gregory Sherwood, Austin, TX, for Defendant–Appellant.

Jose Zavala, Big Spring, TX, Pro Se.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

This case returns to us on remand from the Supreme Court, No. 15–5980, *Jose Zavala v. United States*. The Supreme Court reversed our affirmance of the district court's sentence of Zavala and remanded this case to us for further proceedings consistent with the Court's opinion. Accordingly, we VACATE the district court's

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

sentence of Zavala and REMAND this case to the District Court for the Western District of Texas for resentencing consistent with the opinion of the Supreme Court.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Shawn Scott BANTA, Defendant–Appellant**

**No. 15–10700
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/23/2016

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Shawn Scott Banta, Adelanto, CA, Pro Se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

published and is not precedent except under

**140**

PER CURIAM: *

The attorney appointed to represent Shawn Scott Banta has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Banta has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review, including counsel's conclusion that the record is not sufficiently developed to allow us to make a fair evaluation of any claim of ineffective assistance of counsel; we therefore decline to consider such a claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). We also note that, contrary to counsel's assertion, there is no clerical error in the district court's Statement of Reasons (SOR). The SOR correctly reflects that the sentence was within the guideline range and that the difference between the maximum and minimum of the guideline range does not exceed 24 months. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.